```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 17103
   PAMELA L WOODEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9130

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/30/2005 and was confirmed 06/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  64.61% from remaining funds.

     The case was paid in full 05/28/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED                .00           .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00           .00
FINGERHUT                  UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED OTH    5950.24             .00       3839.45
PROVIDIAN NATIONAL BANK    UNSECURED OTH    3523.81             .00       2273.77
QUICKCASH PORTFOLIO        UNSECURED        NOT FILED           .00           .00
SEVENTH AVENUE             UNSECURED OTH     800.22             .00        516.35
WORLD FINANCIAL NETWORK    UNSECURED OTH    1585.15             .00       1032.54
JOSEPH WROBEL              DEBTOR ATTY      1,894.00                      1,894.00
TOM VAUGHN                 TRUSTEE                                          601.89
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  10,158.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       7,662.11
ADMINISTRATIVE                                  1,894.00
TRUSTEE COMPENSATION                              601.89
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                   10,158.00              10,158.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 17103 PAMELA L WOODEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```